IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WALTER KELLY ROWE,

        Plaintiff,

v.                                         CIVIL ACTION NO. 3:04-0681

JAKE CLARK, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Defendant Clark's Motion for Summary Judgment (Doc. #57). Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Defendant Clark's Motion for Summary Judgment (Doc. #57), consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:        September 9, 2010

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE